# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUY PHAM,<br><br>                              Petitioner,<br>  vs.<br><br>EDWARD S. ALAMEIDA, JR., et al.,<br><br>                              Respondents. | CASE NO. 03CV462 WQH (JMA)<br><br>ORDER GRANTING RESPONDENTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITIONER'S OPENING BRIEF (Doc. # 70) |

HAYES, Judge:

On May 16, 2007, this Court set a briefing schedule on Petitioner's Rule 60(b) motion for relief from judgment following remand from the Court of Appeals for the Ninth Circuit. (Doc. # 67). On June 18, 2007, Petitioner filed an opening brief. (Doc. # 69). On July 6, 2007, Respondents moved for an extension of time to respond to Petitioner's opening brief. (Doc. # 70).

Good cause appearing, Respondents' motion for an extension of time to respond to Petitioner's opening brief (Doc. # 70) is GRANTED. Respondents shall respond to Petitioner's opening brief (Doc. # 69) on or before Friday, August 10, 2007. Petitioner may file a reply on or before Monday, August 20, 2007.

**IT IS SO ORDERED**.

DATED: July 10, 2007

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge