IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DUY PHAM,**<br><br>Petitioner,<br><br>v.<br><br>**EDWARD S. ALAMEIDA, JR.,**<br><br>Respondent. | 03CV0462 WQH (JMA)<br><br>**ORDER GRANTING APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO AMENDED PETITION** |

FOR GOOD CAUSE, the Court grants Respondent an Enlargement of Time to file the Answer to the Amended Petition. The Answer is due on or before **December 28, 2007**. Petitioner's Traverse is due on or before **February 22, 2008**.

IT IS SO ORDERED.

DATED: November 26, 2007

Jan M. Adler
U.S. Magistrate Judge

Case No. 03-0462

1